# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In Re:                            )
                                  )
Gregory R. Viola                  )    Case No. 11-32113
                                  )
                                  )    Chapter 7
Debtor                            )

## ORDER ON APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

It appears that on or about March 7, 2019, the office of the Clerk of Court received from the Chapter 7 Trustee in the case unclaimed funds in the amount of $5,592.17 originally made payable to Gail and Skip Brown, creditors. The Clerk of Court deposited the funds in the United States Treasury for credit to the Unclaimed Funds Account. Asset Recovery Trust claiming authorization to collect the funds, filed with the Court an Application for Payment of Unclaimed Funds ("Application") on April 25, 2019. The Application complies with the Court's Requirements including certification that, pursuant to 28 U.S.C. § 2042, on April 22, 2019, a copy of the Application was served on the United States Attorney for the District of Connecticut. No objection to the Application has been filed with the Court.

Accordingly, it is hereby:

**ORDERED** that the Clerk issue a payment authorization in the amount of **$5,592.17** payable to

**ARTHUR G BROWN**
**ASSET RECOVERY TRUST**
**PO BOX 4296**
**COSTA MESA CA 92628.**

Dated this 31st day of May, 2019, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut